**No. 09-347. Nora Dutka, as Guardian for the Estate of T. M., a Minor, et al., Petitioners v. AIG Life Insurance Company.**

559 U.S. 1088, 130 S. Ct. 2141, 176 L. Ed. 2d 758, 2010 U.S. LEXIS 3238.

April 19, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 970, 130 S. Ct. 1686, 176 L. Ed. 2d 179, 2010 U.S. LEXIS 2104.